In the Matter of the Application of JOSEPH STRENGER and IRVING S. RAPAPORT, Respondents, for an Order Pursuant to the Provisions of Section 1077-c of the Civil Practice Act, Directing the Payment of the Surplus Income of Premises No. 1161 Sherman Avenue, Borough of Bronx, to Said Applicants to Apply Toward

Reduction of Past Due Principal of the Mortgage Held by Them and for Permission to Foreclose Their Mortgage. GRESADA APTS., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.